Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
401 North Last Chance Gulch
Helena, MT 59601
Ph: (406) 442-3261
Fax: (406) 443-7294
rfolsen@mswdlaw.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| JASON B. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>SCREENINGONE, INC.; LIBERTY ENERGY SERVICES, LLC, f/k/a LIBERTY OILFIELD SERVICES, LLC; and JOHN DOES 1-10,<br><br>Defendants. | Cause No.: 2:26-CV-00045-TJC<br><br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SCREENING ONE, INC. TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff, Jason B. Martin, and respectfully requests a 30-day extension of time from May 28, 2026 until June 29, 2026 for ScreeningOne, Inc. to file their answer or otherwise respond to Plaintiff's XXX Complaint and Demand for Jury Trial. Plaintiff makes this motion because the parties are currently in settlement discussions. Counsel for Defendant, ScreeningOne, Inc., has been contacted and does not oppose the motion.

//

//

1

DATED this 27th day of May, 2026.

By: _____

Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
*Attorney for Plaintiff*