IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JASON B. MARTIN, | CV 26-45-BU-TJC |
| Plaintiff, | |
| vs. | **ORDER** |
| SCREENINGONE, INC.; LIBERTY ENERGY SERVICES, LLC f/k/a LIBERTY OILFIELD SERVICES, LLC; and JOHN DOES 1–10, | |
| Defendant. | |

Plaintiff has filed an unopposed motion for an extension of time for Defendant ScreeningOne, Inc. to respond to his complaint.  (Doc. 5.)  Good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant ScreeningOne, Inc. to answer or otherwise respond to the complaint is extended to June 29, 2026.

DATED this 27th day of May, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge