Robert M. Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
401 North Last Chance Gulch
Helena, MT 59601
Ph: (406) 442-3261
Fax: (406) 443-7294
rfolsen@mswdlaw.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| JASON B. MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> SCREENINGONE, INC.; LIBERTY ENERGY SERVICES, LLC, f/k/a LIBERTY OILFIELD SERVICES, LLC; and JOHN DOES 1-10, <br><br> Defendants. | Cause No.: 2:26-CV-00045-TJC <br><br> **NOTICE OF SETTLEMENT** |

COMES NOW Plaintiff, Jason B. Martin, through counsel, and advises the Court that he has settled this case with ScreeningOne, Inc., only, and will file a dismissal, as to ScreeningOne only, within 30 days.

DATED this 30th day of June, 2026.

By: _____
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
*Attorney for Plaintiff*